IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff; )<br>)<br>v.                                  )      Civil No. 7:18-cv-00511<br>)<br>PERRY E. ROUDABUSH AND )<br>SUSAN H. ROUDABUSH )<br>)<br>Defendants. ) | |

### **STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice as to defendants Perry E. and Susan H. Roudabush, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

THOMAS T. CULLEN
United States Attorney

*/s/ Justin Lugar*
Justin Lugar
Assistant United States Attorney
Virginia State Bar No. 77007
P. O. Box 1709
Roanoke, VA   24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:   justin.lugar@usdoj.gov

Perry E. & Susan H. Roudabush

*/s/ Michael O. Wells*
Michael O. Wells, Esq.
Smith, Barden & Wells, P.C.
1330 Alverser Plaza
Midlothian, VA 23113

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2019, I caused a true copy of the foregoing Stipulation of Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

  Michael O. Wells, Esq.
  Smith, Barden & Wells, P.C.
  1330 Alverser Plaza
  Midlothian, VA 23113

              */s/ Justin Lugar*
              Justin Lugar
              Assistant United States Attorney